CO-386-online
10/03

# United States District Court
# For the District of Columbia

CASCINA ca de LUPIS, s.r.l.    )
                               )
                               )
                               )    CASE NUMBER 1:07CV00011
         vs    Plaintiff       )    Civil Actio    JUDGE: Rosemary M. Collyer
                               )
Vini, Inc. et al.              )    DECK TYPE: Contract
                               )
                               )    DATE STAMP: 01/04/2007
         Defendant             )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __CASCINA ca de LUPIS, s.r.l.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __CASCINA ca de LUPIS, s.r.l.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

_Attorney of Record_
_[signature]_
Signature

948372
BAR IDENTIFICATION NO.

Marc E. Miller
Print Name

One Mass. Ave, NW Suite 800
Address

Washington    DC    20001
City          State   Zip Code

202-842-2345
Phone Number