IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASCINA ca de LUPIS, s.r.l.          :
                                     :
v.                                   :
                                     :
VINI, INC., CORRADO BONINO, and      :   Civil Action No. 07-00011
CALITA CORPORATION                   :   Judge Rosemary M. Collyer
                                     :

### Notice of Voluntary Dismissal

Plaintiff, Cascina Ca de Lupis, s.r.l. ("Cascina"), pursuant to Federal Rule of Civil Procedure 41(a) files this Notice of Voluntary Dismissal without prejudice as to Defendants Vini, Inc., Corrado Bonino and Calita Corporation. This notice is being filed before service by an adverse party of an answer or of a motion for Summary Judgment in this matter.

May. 11, 2007

Respectfully submitted,

_____
Marc E. Miller, DC Bar # 948372
MCLEOD, WATKINSON & MILLER
One Mass. Ave., N.W., Suite 800
Washington, D.C. 20001
Telephone: (202) 842-2345
Facsimile: (202) 408-7763
Counsel for Plaintiff

Jack Meyerson
MEYERSON & O'NEILL
1700 Market Street, Suite 3025
Philadelphia, PA 19103
215-972-1376
Attorneys for Plaintiff